# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140273

DENNIS HALL,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 140273
CoA: 292598

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 11, 2010, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2010

_____
Clerk

jam